ORIGINAL

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| STEADFAST INSURANCE COMPANY  ) | |
| *Plaintiff* ) | |
| v.  ) | Civil Action No.   4:09-CV-3148 |
| POP RESTAURANTS, LLC; ET AL  ) | |
|  ) | (If the action is pending in another district, state where: ) |
| *Defendant* ) | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:   DESIREE HALL, 6431 SHADY BROOK LANE, APT. #2160, DALLAS, TX 75206

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: COATS, ROSE, YALE, RYMAN & LEE, P.C., 5420 LBJ FRWY., #1300, DALLAS, TX | Date and Time: 08/25/2010 10:00 am |
|---|---|

The deposition will be recorded by this method:   ORAL AND VIDEOTAPED

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

AUG - 5 2010

Date: _____

CLERK OF COURT

_Dawn D. Burton_                                OR   _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   PLAINTIFF, ATTY.CAROL P. KEOUGH,2600 S.SHORE BLVD.,#200, LEAGUE CITY,TX713.651.0   , who issues or requests this subpoena, are:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEADFAST INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:09-cv-3148 |
| POP RESTAURANTS, LLC; WOK RESTAURANTS, LLC; FOUR LEAF VENTURES, LLC; SARAPE, LP; AND AGP MANAGEMENT, LLC, | § § § § § § § | |
| Defendants. | § | |

### PLAINTIFF'S AMENDED NOTICE OF INTENT TO TAKE THE ORAL AND VIDEOTAPED DEPOSITION OF DESIREE HALL

To:   DESIREE HALL, 6431 Shady Brook Lane, Apartment 2160, Dallas, Texas 75206.

Please take notice that pursuant to the Rules of Federal Procedure, Plaintiff, Steadfast Insurance Company, intends to take the oral and videotaped deposition of Non-Party, Desiree Hall. The deposition will begin at 10:00 a.m. on August 25, 2010, and will continue from day to day until the deposition is completed. The deposition will take place in the offices of Coats, Rose, Yale, Ryman & Lee, P.C., 5420 LBJ Freeway, Suite 1300, Dallas, Texas 75240. The deposition will be taken before an authorized court reporter and, when taken, may be used as evidence in this cause.

1431361.1/002161.000250

Respectfully submitted,

COATS, ROSE, YALE, RYMAN & LEE, P.C.

By: _____
Carol P. Keough
Federal I.D. No. 14573
Trisha A. Barita
Federal I.D. No. 1001790
2600 South Shore Blvd., Suite 200
League City, Texas 77573
Telephone: (713) 651-0111
Facsimile: (713) 651-0220

ATTORNEYS FOR PLAINTIFF,
STEADFAST INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been duly served upon the following party by first class mail and/or certified mail, return receipt requested and/or facsimile on this the 29th day of July, 2010.

Joseph Loiacono II
*Wilson Grosenheider Jacobs Basinger*
*& Loiacono, L.L.P.*
P. O. Box 1584
Austin, Texas 78767-1584

_____
Carol P. Keough